John D. Morris (U.S.B. 6943)
Lauren DeVoe (U.S.B. 15122)
7070 South Union Park Center, Suite 220
Midvale, Utah 84047
Tel: (801) 790-9000
Fax: (801) 208-8209
Email: John@morrissperry.com
       Lauren@morrissperry.com

*Attorneys for Plaintiff Kaylee Conlin*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KAYLEE CONLIN, an individual,<br><br>           Plaintiff,<br>vs.<br><br>RU CLIFF, LLC, a limited liability company; RIZE HOMESOURCE, LLC, a limited liability company; JON NEVIASER, an individual; LAW OFFICE OF KIRK A. CULLIMORE, L.L.C., a limited liability company; KIRK A. CULLIMORE, an individual,<br><br>           Defendants. | **ORDER ON PLAINTIFF'S MOTION TO QUASH DEFENDANTS' SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS**<br><br>Civil Action No. 2:17-cv-01213<br><br>Judge Tena Campbell |

On June 15, 2018, Plaintiff filed Plaintiff's Motion to Quash Defendants' Subpoena to Produce Documents, Information, or Objects (the "**Motion to Quash**").

Having considered the Motion to Quash and any response, and for good cause appearing, the Court GRANTS the Motion and ORDERS as follows:

    1.    The Subpoena to Produce Documents, Information, or Objects issued by counsel

1

for Defendants RU Cliff, LLC, Rize Homesource, LLC, and Jon Neviaser to Tyler Shawn Carroll, MD is quashed; and

2. Defendants must seek either a stipulated or Court-ordered qualified protective order pursuant to 45 C.F.R. § 164.512 before issuing a subpoena seeking the production of Plaintiff's protected health information.

Signed this ___ day of _____, 2018.

BY THE COURT

_____

Tena Campbell
United States District Judge